| | |
|---|---|
| **MEMORANDUM OF JUDGMENT**<br><br>St. Clair County, Illinois<br><br>This document prepared by and return after recording to:<br><br>Terry I. Bruckert<br>Belsheim & Bruckert, L.L.C.<br>1002 E. Wesley Drive, Suite 100<br>O'Fallon, IL 62269<br>(618) 624-4221 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OF JUDGMENT

Judgment rendered against:   Excelsior Foundry Company
a/k/a Excelsior Foundry Company, Belleville, IL
1123 East B Street
Belleville, IL 62222
Parcel Nos.: 08-22.0-401-051 and 08-22.0-401-054

Consent Judgment rendered on the 6th day of October, 2005, in the amount of $2,744,938.52 in the United States District Court for the Southern District of Illinois, in Court case number 3:04-cv-64.

In favor of:   M.I.R.A. – G.M.P. and ALLIED WORKERS PENSION TRUST and
M.I.R.A. – G.M.P. and ALLIED WORKERS INSURANCE TRUST
c/o Belsheim & Bruckert, LLC
1002 E. Wesley Drive, Suite 100
O'Fallon, IL  62269

This Judgment shall serve as a lien upon the property.

Signed: _____
Judge

12/21/05